**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK L. MARSH, : | |
| Petitioner, : | Civ. No. 19-15440 (GC) |
| v. : | |
| ATTORNEY GENERAL OF THE STATE : OF NEW JERSEY, et al., : | **MEMORANDUM & ORDER** |
| Respondents. : | |

**CASTNER, District Judge**

  Petitioner is proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. One of Petitioner's arguments is prosecutorial misconduct related to various statements made during the State's closing argument. Respondents have failed to include a copy of the prosecutor's summation as an exhibit in this case. While summations took place on January 31, 2011, it appears that only Petitioner's trial counsel's summation is included with the transcripts provided this Court. The record indicates that the prosecutor's summation was separately transcribed. (*See* ECF 15-2 at 53). Before this Court can reach a final decision on Petitioner's claims, Respondents shall be ordered to file the prosecutor's summation transcript from January 31, 2011 at Petitioner's state criminal trial.

  Accordingly, IT IS on this 27th day of March, 2023,

  ORDERED that Respondents shall file a copy of the prosecutor's summation from Petitioner's state criminal trial from January 31, 2011 within fourteen (14) days of the date of this Memorandum and Order; and it is further

ORDERED that the Clerk shall administratively terminate this case for purposes of docket management only; the case will be reopened once Respondents respond to this Memorandum and Order.

*Georgette Castner*
_____
GEORGETTE CASTNER
United States District Judge